# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

146281(38)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DEZAAK MANAGEMENT, INC.,
      Plaintiff-Appellant,

and

THOMAS VANDUINEN,
      Plaintiff,

v

          SC:  146281
          COA:  307025
          Alpena CC:  10-003311-CK

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 1, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



                  Clerk

h0617